NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Plaintiff-Appellant,*

v.

**CIBA VISION CORPORATION,**
*Defendant-Appellee.*

---

2010-1082

---

Appeal from the United States District Court for the Middle District of Florida in consolidated case nos. 05-CV-0135 and 06-CV-0301, Judge Timothy J. Corrigan.

---------------------------------------------------

---

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Plaintiff-Appellee,*

v.

**CIBA VISION CORPORATION,**
*Defendant-Appellant.*

---

2010-1372

---

Appeal from the United States District Court for the Middle District of Florida in consolidated case nos. 05-CV-0135 and 06-CV-0301, Judge Timothy J. Corrigan.

---

## ON MOTION

---

## O R D E R

Johnson & Johnson Vision Care, Inc. and CIBA Vision Corporation move to dismiss their appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted and these appeals are dismissed. All other pending motions are denied as moot.

(2) Each side shall bear its own costs.

FOR THE COURT ·

JAN 14 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harry J. Roper, Esq.
    Thomas P. Steindler, Esq.

s21

Issued As A Mandate: JAN 14 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 14 2011

JAN HORBALY
CLERK